| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **America-CV Station Group, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1770713** | |
| 4. | **Debtor's address** | **Principal place of business** **13001 NW 107th Ave.** **Hialeah, FL 33018** Number, Street, City, State & ZIP Code **Miami-Dade** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **America-CV Station Group, Inc.**                                    Case number (*if known*)
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **Caribevision Holdings, Inc.** | Relationship | **Parent** |
|---|---|---|---|---|
| | District | **Southern District of Florida** | When | Case number, if known |

Official Form 201                   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                   page 2

Debtor  **America-CV Station Group, Inc.**  Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000         ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ■ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000         ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor  **America-CV Station Group, Inc.**                                  Case number (*if known*)
        Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 14, 2019**
             MM / DD / YYYY

**X** **/s/ Carlos Vasallo**                                                **Carlos Vasallo**
Signature of authorized representative of debtor                            Printed name

Title  **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Paul J. Battista**                                              Date  **May 14, 2019**
Signature of attorney for debtor                                            MM / DD / YYYY

**Paul J. Battista 884162**
Printed name

**Genovese Joblove & Battista, P.A.**
Firm name

**100 S.E. 2nd Street**
**44th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone  **305-349-2300**        Email address

**884162 FL**
Bar number and State

AMERICA-CV STATION GROUP, INC.
SOLE VOTING SHAREHOLDER'S UNANIMOUS WRITTEN CONSENT
AUTHORIZING THE FILING OF A BANKRUPTCY
PROCEEDINGS AND RELATED MATTERS

May 7th, 2019

In accordance with Section 141(f) of the General Corporation Law of the State of Delaware and the Bylaws of America-CV Station Group, Inc., a Delaware corporation (the "Company"), the undersigned, constituting the Sole Voting ShareholdCarlos er of the Company (the "Sole Voting Shareholder"), hereby adopt the following resolutions by written consent:

WHEREAS, the Sole Voting Shareholder has considered the financial and operational conditions of the Company's business;

WHEREAS, the Sole Voting Shareholder has reviewed, considered and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**Restructuring Matters**

NOW, THERFORE, IT IS HEREBY RESOLVED, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Sole Voting Shareholder has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders and other interested parties and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Petition") and the filing of such Petition be, and it hereby is, authorized in all respects.

FURTHER RESOLVED, that Carlos Vasallo is appointed as authorized signatory and representative in connection with the bankruptcy proceedings authorized herein (the "Authorized Representative").

FURTHER RESOLVED, that the Authorized Representative, be, and hereby is, authorized, directed, and empowered on behalf of the Company to execute and verify a Petition in the name of the Company under the Bankruptcy Code and to cause the same to be filed, in such form and at such time as the Authorized Representative shall determine.

FURTHER RESOLVED, that the Authorized Representative, be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to negotiate, execute, verify and file, or cause to be executed, verified, and filed (or direct others to do so on their behalf, as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which she deems necessary and proper in connection with the bankruptcy case.

FURTHER RESOLVED, that the law firms of Genovese Joblove & Battista P.A., Marcell Felipe Attorneys and Fletcher, Heald & Hildreth, P.L.C., be, and they hereby are, employed to render legal

services to, and to represent, the Company in connection with the bankruptcy case and any other related matters in connection therewith, on such terms as the Authorized Representative shall approve.

FURTHER RESOLVED, that the Authorized Representative be, and hereby is, authorized, directed, and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions.

**General Authorization**

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by the Authorized Representative in connection with the bankruptcy case, or any further action to seek relief on behalf of the Company under the Bankruptcy Code, or in connection with the bankruptcy case, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

IN WITNESS WHEREOF, the undersigned have executed this consent in one or more counterparts as of the date set forth above and such consent shall be filed with the minutes of the meetings of the Sole Voting Shareholder and shall be treated for all purposes as action taken at a meeting of the Sole Voting Shareholder.

**\*\*Signatures appear on next page\*\***

## AMERICA CV STATION GROUP, INC.
## BOARD OF DIRECTOR'S UNANIMOUS WRITTEN CONSENT
## TO ADOPT CARIBEVISION HOLDINGS, INC.'S PROCEDURES

May 7th, 2019

In accordance with Section 141(f) of the General Corporation Law of the State of Delaware and the Bylaws of America CV Station Group, Inc., a Delaware corporation (the "Company"), the undersigned, constituting all of the members of the Board of Directors of the Company (the "Board"), hereby adopt the following resolutions by written consent:

WHEREAS, the Caribevision Holdings, Inc ("Holdings") is the Sole Voting Shareholder of the Company;

WHEREAS, the Board, would like to establish procedures as to the management of the Company that are consistent with those of its Sole Voting Shareholder;

NOW IT IS RESOLVED, that hereinafter, the Board of Directors of the Company shall be elected in the same manner as the Directors or Holdings are elected pursuant to Holdings' Shareholder Agreement dated May, 2019, as amended.

FURTHER RESOLVED, that hereinafter all meeting notices and quorum requirements for Board of Director and Shareholder meetings of the Company shall meet the requirements set forth in Holdings' Shareholder Agreement dated May, 2019, as amended.

IN WITNESS WHEREOF, the undersigned have executed this consent in one or more counterparts as of the date set forth above and such consent shall be filed with the minutes of the meetings of the Board of Directors of the Company and shall be treated for all purposes as action taken at a meeting of the Board of Directors of the Company.

**\*\*Signatures appear on next page\*\***

_____
Carlos Vasallo
DIRECTOR

_____
Emilio Braun
DIRECTOR

_____
Fernando Elías Calles
DIRECTOR

# United States Bankruptcy Court
## Southern District of Florida

In re  **America-CV Station Group, Inc.**    Case No.
                    Debtor(s)                Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 14, 2019**          **/s/ Carlos Vasallo**
                                 **Carlos Vasallo**/**Authorized Representative**
                                 Signer/Title

```
A & P Electric Service Inc.
Calle Capri 1505
Toa Bajas, PR 00953


ACNielsen Puerto Rico
117 Eleonor Roosevelt
3rd Floor
Hato Rey, PR 00918


America Teve Network, Inc.
Attn:  Etan Mark, Esq.
80 SW 8th St.
Miami, FL 33130


America-CV Network, LLC
13001 NW 107th Ave.
Hialeah, FL 33018


Apolo Texaco
Ave. Apolo Esq.
Mercurio Guaynabo, PR 00960


ASCAP
Att: Luis Verges
Broadcast Licensing Dept.
One Lincoln Plaza
New York, NY 10023


Autoridad de Energia Electrica de PR
P.O. BOX 363508
San Juan, PR 00936-3508


Axesa Servicios de Informacion
P.O. Box 70373
San Juan, PR 00936-8373


BMI
P.O. Box 637500
Cincinnatti, OH 45263-7500


Cafe Yucono
PO Box 51985
Toa Baja, PR 00950
```

City of Hialeah Gardens
10001 NW 87th Ave.
Hialeah Gardens, FL 33016


Corporacion de Fondo de Seguro del Estad
PO Box 42006
Minillas Station
San Juan, PR 00940-2006


Delaware Division of Revenue
Bankruptcy Services
Carvel State Office Buiding
8th Floor
Wilmington, DE 19801


Director of Finance of San Juan
P.O. BOX 70179
San Juan, PR 00936


Dorta & Ortega P.A.
3860 SW 8th St.
PH
Miami, FL 33134


Edwin Rodriguez
BO Vista Alegre
Calle 1 #77
Bayamon, PR 00957


Elisamuel Cruz Ruiz
Calle Babilonia DH2
Bayamon, PR 00956


Elizabeth Rosario
Calle Aide Castro Condominio
San Ciprian 2 # 107
Carolina, PR 00985


ESRT Empire State Building, LLC
111 W. 33rd St
12th Floor
New York, NY 10120

```
ESRT Empire State Building, LLC
Attn:  Maribel Diaz, Esq.
Behar, Gutt & Glazer, P.A.
1855 Griffin Rd., Ste A-350
Ft Lauderdale, FL 33004


Federal Communications Commission
445 12th St SW
Washington, DC 20554


Fletcher, Heald & Hildreth, PLC
Attn:  Francisco R. Montero, Esq.
1300 North 17th Street
11th Floor
Arlington, VA 22209


Florida Department of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668


Hytech Communications Inc.
HY-49 Pedro Arcilagos
Levittown, PR 00949


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


International Broadcast Corporation
Calle Bori 1554
San Juan, PR 00927


Ismael Ortiz Aponte
PO Box 25133
San Juan, PR 00928


Jose A. Perez
HC2 Box 14784
Carolina, PR 00987


Jose M. Rolon
P.O. Box 1547
Dorado, PR 00646
```

```
Juan R. Guzman
Calle B #164
Hill Brothers
San Juan, PR 00924


Juhan Carr Cruz
# 1 Rio Piedras a Caguas
Km. 20.2
Guaynabo, PR 00926


Manaen Lopez
P.O. Box 9198
Plaza Carolina
Carolina, PR 00988


Marcell Felipe, Esq.
1001 Brickell Bay Dr.
Suite 1504
Miami, FL 33131


Marcos Montalvo
PO Box 628
Penuelas, PR 00624


Mays Ochoa
Westgate Industrial Park
Street 2 # 515
Barrio Palmas Cata?o, PR 00962


Mediafax
PO Box 364505
San Juan, PR 00936-4505


Miami-Dade County Tax Collector
Bankruptcy Paralegal Unit
200 NW 2nd Ave.
Suite 430
Miami, FL 33128


NEPTUNE MEDIA INC.
P.O. BOX 191995
San Juan, PR 00919-1995
```

```
Okeechobee Television Corporation
Attn:  Etan Mark, Esq.
80 SW 8th St.
Miami, FL 33130


Omar Alejandro Saul Romay
Attn:  Etan Mark, Esq.
80 SW 8th St.
Miami, FL 33130


Ophira Corp
RR 11 Box 5912
HH Bo. Nuevo
Bayamon, PR 00956


Osnet Wireless Corp.
P.O. Box 819
Humacao, PR 00792-0819


PBI Corp
103 Ave. Universidad
615.25, PR 00927


Pedro Guzman
Urbanization Caguas
Norte Calle Belen B-6
Caguas, PR 00725


Priegues Reyes
Frances Marie #774 Valle de Lajas
Los Campos de Montehiedra
San Juan, PR 00926


Promisa, Inc.
Attn:  Etan Mark, Esq.
80 SW 8th St.
Miami, FL 33130


Ruben A. Torres Munoz
Los Faroles 500
Carr 861 Box 203
Bayamon, PR 00956


Secretario de Hacienda DRN
PO BOX 9024141
SAN JUAN, PR 00902-4140
```

Sherjan Broadcasting, Inc.  
Attn: Etan Mark, Esq.  
80 SW 8th St.  
Miami, FL 33130


Staco Energy Products Co.  
301 Gaddis Blvd  
Dayton, OH 45403


Telecenter, Inc.  
Attn: Etan Mark, Esq.  
80 SW 8th St.  
Miami, FL 33130


Televicentro de Puerto Rico  
State RD 19  
KM 0.5  
Guaynabo, PR 00966


The Power Place, Inc.  
P.O. Box 2060  
Carolina, PR 00984-2060


U.S. Securities & Exchange Commission  
Office of Reorganization  
950 E. Paces Ferry Rd. NE  
Suite 900  
Atlanta, GA 30326-1382


United States Trustee  
51 SW 1st Ave  
Miami, FL 33130


US Attorney's Office  
99 NE 4th Street  
Miami, FL 33132


Wanda M. Ojeda Torres  
Con. Coral Beach  
Apt 19-12  
Torre I Carolina, PR 00979


Win Access Inc.  
P.O. Box 1939  
Luquillo, PR 00773

```
Zorimari LLC
Industrial Minillas
111 Suite 2
Carr. 174
Bayamon, PR 00959-1910
```