Fill in this information to identify the case:

Debtor name: **America-CV Station Group, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dorta & Ortega P.A.<br>3860 SW 8th St.<br>PH<br>Miami, FL 33134 | | | | | | $500,660.38 |
| ESRT Empire State Building, LLC<br>111 W. 33rd St<br>12th Floor<br>New York, NY 10120 | | | Disputed | | | $310,897.33 |
| Secretario de Hacienda DRN<br>PO BOX 9024141<br>SAN JUAN, PR 00902-4140 | | | | | | $68,948.40 |
| Autoridad de Energia Electrica de PR<br>P.O. BOX 363508<br>San Juan, PR 00936-3508 | | | | | | $58,555.71 |
| BMI<br>P.O. Box 637500<br>Cincinnatti, OH 45263-7500 | | | | | | $21,303.94 |
| Televicentro de Puerto Rico<br>State RD 19<br>KM 0.5<br>Guaynabo, PR 00966 | | | | | | $20,735.65 |
| Zorimari LLC<br>Industrial Minillas 111 Suite 2<br>Carr. 174<br>Bayamon, PR 00959-1910 | | | Disputed | | | $17,000.00 |

Debtor **America-CV Station Group, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Win Access Inc. P.O. Box 1939 Luquillo, PR 00773 | | | Disputed | | | $7,765.82 |
| Ophira Corp RR 11 Box 5912 HH Bo. Nuevo Bayamon, PR 00956 | | | | | | $7,200.00 |
| Osnet Wireless Corp. P.O. Box 819 Humacao, PR 00792-0819 | | | Disputed | | | $5,199.80 |
| The Power Place, Inc. P.O. Box 2060 Carolina, PR 00984-2060 | | | | | | $4,000.00 |
| Mays Ochoa Westgate Industrial Park Street 2 # 515 Barrio Palmas Cata?o, PR 00962 | | | | | | $3,954.72 |
| Corporacion de Fondo de Seguro del Estad PO Box 42006 Minillas Station San Juan, PR 00940-2006 | | | Disputed | | | $3,500.93 |
| Mediafax PO Box 364505 San Juan, PR 00936-4505 | | | Disputed | | | $3,500.00 |
| Marcos Montalvo PO Box 628 Penuelas, PR 00624 | | | | | | $3,000.00 |
| Director of Finance of San Juan P.O. BOX 70179 San Juan, PR 00936 | | | | | | $2,225.88 |
| Manaen Lopez P.O. Box 9198 Plaza Carolina Carolina, PR 00988 | | | Disputed | | | $1,275.00 |
| International Broadcast Corporation Calle Bori 1554 San Juan, PR 00927 | | | Disputed | | | $1,200.00 |
| Ismael Ortiz Aponte PO Box 25133 San Juan, PR 00928 | | | | | | $1,050.00 |

Debtor **America-CV Station Group, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wanda M. Ojeda Torres**<br>**Con. Coral Beach**<br>**Apt 19-12**<br>**Torre I Carolina, PR 00979** | | | | | | $895.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy