# United States Bankruptcy Court
## Southern District of Florida

In re  **America-CV Station Group, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Caribevision Holdings, Inc.**<br>13001 NW 107th Ave.<br>Hialeah, FL 33018 | | **50%** | **Common Stock** |
| **Okeechobee Television Corp.**<br>21050 NE 38th Ave.<br>Miami, FL 33180 | | **47%** | **Common Stock** |
| **Promisa, Inc.**<br>21050 NE 28th Ave.<br>#2304<br>Miami, FL 33180 | | **3%** | **Common Stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 14, 2019**

Signature  **/s/ Carlos Vasallo**  
**Carlos Vasallo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.