**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

In re:                                                    **Chapter 11**

**AMERICA-CV STATION GROUP, INC.,**                **Case No. 19-16355-BKC-AJC**

        Debtor.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), AMERICA-CV STATION GROUP, INC. (the "Debtor"), by and through undersigned proposed counsel, files this *Chapter 11 Case Management Summary* and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1.  **Date of Order for Relief under Chapter 11 (filing date of petition if voluntary chapter 11 petition):**

    On May 14, 2019, the Debtor filed Voluntary Chapter 11 Petitions in the United States Bankruptcy Court for the Southern District of Florida.

2.  **Names, case numbers and dates of filing related debtors:**

CARIBEVISION HOLDINGS, INC.,                        Case No. 19-16359-BKC-AJC

3.  **Description of Debtors' Business**:

    The Debtor owns Spanish language television stations with operations in Miami, New York and Puerto Rico.

4.  **Location of Debtors' Operations and whether leased or owned**

    **Corporate Headquarters** – The corporate headquarters are located at 13001 NW 107th Ave, Hialeah Gardens, FL 33018.  The corporate headquarters are owned by non-debtor

affiliate Orly Group Holdings, Inc. and leased to non-debtor America CV Network, LLC.

5.      **Reasons for Filing Chapter 11:**

The Debtor, and its parent company Caribevision Holdings, Inc. filed Chapter 11, among other reasons, to: (1) facilitate the subordination of shareholder debt to trade creditors; (2) restructure non-ordinary obligations generated from the FCC's repacking which impacted the Debtor's license in the New York market (i.e., the alleged debt to the Empire State Building); and (3) to restructure debt related to the Puerto Rico stations which suffered greatly from Hurricane Maria in 2017.

6.      **List of Officers and Directors, if Applicable, and Their Salaries and Benefits at the Time of Filing and During the 1 Year Prior To Filing:**

None

7.      **Debtor's fiscal or calendar year to date gross income and the debtors gross income for the calendar or fiscal year prior to the filing of this petition:**

**2019 YTD: 76,000 (approximate)**

**2018 - $3,678,209.15**

8.      **Amounts owed to various creditors:**

a.      **Obligations owed to priority creditors such as governmental creditors for taxes:**

The Debtor believes that it does not have any priority creditors or outstanding tax obligations.

b.      **With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and**

The Debtor believes that it does not have any secured claims.

c.      **Amount of Unsecured Claims:**

Approximately $1,821,297.25, including a $774,331.29 intercompany claim of America-CV Network, LLC.

d.      **Equity Claims**- See Attached Corporate Ownership Chart **Exhibit "A."**

9.    **General Description and approximate value of the debtor's assets:**

    FCC Licenses (WJAN, WFUN, WPXO, WJPX, Puerto Rico) – Value Unknown
    Equipment (NY, Miami and Puerto Rico) – Value Unknown
    Affiliation Fee Receivables – Value Unknown

10.   **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:**

    See attached **Exhibit "B".**  All premiums are current.

11.   **Number of employees and amounts of wages owed as of petition date:**

    As of the Petition Date, the Debtor did not have any employees.

12.   **Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):**

    N/A

13.   **Anticipated emergency or expedited relief to be requested within 14 days of Petition Date:**

    a.    *Ex-Parte* Motion By Chapter 11 Debtors For Joint Administration Of Cases.

    b.    Debtors' Emergency Application For Approval, On An Interim And Final Basis, Of Employment Of Paul J. Battista And The Law Firm Of Genovese Joblove & Battista, P.A., As General Bankruptcy Counsel For The Debtors-In-Possession *Nunc Pro Tunc* To The Petition Date.

Dated: May 17, 2019.

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Attorneys for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By:    /s/     *Heather L. Harmon*
          Paul J. Battista, Esq.
          Florida Bar No. 884162
          pbattista@gjb-law.com
          Heather L. Harmon
          Florida Bar No. 13192
          hharmon@gjb-law.com

**Exhibit "A"**
**(Corporate Ownership Chart)**

# America-CV Station Group Ownership Chart



# America-CV Station Group Ownership Chart



Okechobee Television Corp. (Romay)

Promisa, Inc. (Romay)
47% Equity

America-CV Station Group, Inc. (ACVSG)
3% Equity

Caribevision Holdings, Inc.
Holdings:
1. WPXO (NY)
2. WFUN (Miami)

100% Voting 50% Equity

America-CV Station Group, Inc. (ACVSG)
Holdings:
1. (4) Puerto Rico Stations
2. WJAN (Miami)

America CVPR, Inc.
100%

Ramon Diez-Barroso (US) 72.9%
72.9%

Pegaso Television Corp. (US) 10.5%
10.5%

Vasallo TV Group, LLC (US) 16.6%
16.6%

16.6% — Caribevision TV Network, LLC. (CTVN)

83.4%

Orly Group Inc. Holdings:
100%

America CV Network, LLC. (ACVN) Operating Company
100%

**Exhibit "B"**
**(List of America-CV Group Insurance Policies)**

AMERICA CV GROUP OF COMPANIES
Schedule B - Insurance Policies

|  | Insurance | Policy Number | Insured | Broker | Company | Effective | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | From | To |
| 1 | E&O | 02-825-16-61 | ACVS Group | MARSH & MCLENNAN AGENCY LLC | AIG Specialty Insurance Comp| 11/19/18 | 11/19/19 |
| 2 | DO-EPL-KR | 8225-8612 | ACVS Group | MARSH & MCLENNAN AGENCY LLC | Federal Insurance Company | 11/19/18 | 11/19/19 |
| 3 | Boiler & Machinery | 7643-87-69 | ACVS Group | MARSH & MCLENNAN AGENCY LLC | FEDERAL INSURANCE COMPA| 11/19/18 | 11/19/19 |
| 4 | Worker's Compensation | (19)7174-32-07 | ACVS Group | MARSH & MCLENNAN AGENCY LLC | VIGILANT INSURANCE COMP| 11/19/18 | 11/19/19 |
| 5 | Auto | (18)7358-33-72 | ACVS Group | MARSH & MCLENNAN AGENCY LLC | GREAT NORTHERN INSURAN| 11/19/18 | 11/19/19 |
| 6 | Package | 3598-22-74 TPA | ACVS Group | MARSH & MCLENNAN AGENCY LLC | VIGILANT INSURANCE COMP| 11/19/18 | 11/19/19 |
| 7 | General Liability –PR | 3598-22-75 TPA | ACVS Group | MARSH & MCLENNAN AGENCY LLC | FEDERAL INSURANCE COMPA| 11/19/18 | 11/19/19 |
| 8 | Umbrella | 7988-02-50 | ACVS Group | MARSH & MCLENNAN AGENCY LLC | FEDERAL INSURANCE COMPA| 11/19/18 | 11/19/19 |
| 9 | Health Insurance | 823859-001 | ACV Network | MARSH & MCLENNAN AGENCY LLC | Humana | 02/01/19 | 01/31/20 |
| 10 | Gap Insurance | 21430 | ACV Network | MARSH & MCLENNAN AGENCY LLC | American Public Life | 02/01/19 | 01/31/20 |
| 11 | Life, Accident, Critical Illness | E4096657 | ACV Network | MARSH & MCLENNAN AGENCY LLC | Colonial Life | 02/01/19 | 01/31/20 |
| 12 | Life, Accident, CI, STD, Hospital | ED256 | ACV Network | MARSH & MCLENNAN AGENCY LLC | Aflac | 02/01/19 | 01/31/20 |
| 13 | Flood | 09 1151087064 05 | Orly Group | MacNeill Group /HUB INTERNATIONAL FLORIDA |  | 04/12/19 | 04/12/20 |