UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                  CASE NO.:  19-16359 AJC

CARIBEVISION HOLDINGS, INC.                          CHAPTER 11

        Debtor.
_____/

## NOTICE OF APPEARANCE

Rasco Klock Perez & Nieto, P.L. and H. James Montalvo hereby file this Notice of Appearance, and hereby request that copies of all future pleadings and notices be sent to the undersigned:

H. JAMES MONTALVO, ESQ.
Rasco Klock Perez & Nieto, P.L.
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida  33134
Telephone:  (305) 476-7100
jmontalvo@rascoklock.com

## CERTIFICATE OF SERVICE

I HEREBY CERITFY that on June 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic notification of the above filing to all registered users.

**RASCO KLOCK PEREZ & NIETO, P.L.**
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305-476-7100
Facsimile: 305-476-7102

By:     /s/ James Montalvo
       H. JAMES MONTALVO
       Florida Bar No. 887056
       jmontalvo@rascoklock.com