**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

In re:                                                          Chapter 11

| | |
|---|---|
| AMERICA-CV STATION GROUP, INC. | Case No. 19-16355-AJC |
| CARIBEVISION HOLDINGS, INC. | Case No. 19-16359-AJC |
| AMERICA-CV NETWORK, LLC | Case No. 19-16976-AJC |
| CARIBEVISION TV NETWORK, LLC | Case No. 19-16977-AJC |

      Debtors.

_____/        (Jointly Administered Under Case
                                            No. 19-16355-BKC-AJC)

**OMNIBUS OBJECTION TO CLAIMS OF CARLOS REYES, CELIA AMORY, ELIONIC ROSELL, GUILLERMO NARDO, LUIS TEJERA, AND MERCEDES LEON, INDIVIDUALLY, AND LUIS TEJERA, AS CLASS REPRESENTATIVE**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

      The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court to:

**United States Bankruptcy Court**
**C. Clyde Atkins United States Courthouse**
**301 North Miami Avenue, Room 150**
**Miami, Florida 33128**

**A copy of the written response must also be sent to:**

**Heather L. Harmon, Esq.**
**Genovese Joblove & Battista, P.A.**
**100 Southeast Second Street, 44th Floor**
**Miami, Florida 33131**
hharmon@gjb-law.com

AMERICA-CV STATION GROUP, INC., CARIBEVISION HOLDINGS, INC., AMERICA-CV NETWORK, LLC and CARIBEVISION TV NETWORK, LLC (collectively, the "Debtors"), by and through their undersigned counsel, and pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, file this objection ("Objection") to the following Proofs of Claims filed in the case of America-CV Station Group, LLC:

| Claim Number | Claimant | Claim Amount |
| --- | --- | --- |
| 13 | Luis Tejera, as Class Representative | $3,000,000 |
| 12 | Luis Tejera, individually | $100,000 |
| 17 | Elionic Rosell, individually | $100,000 |
| 18 | Mercedes Leon, individually | $100,000 |
| 19 | Celia Amory, individually | $100,000 |
| 20 | Carlos Reyes, individually | $100,000 |
| 21 | Guillermo Nardo, individually | $100,000 |

(collectively, the "Tejera Claims") filed by the above-referenced individuals and alleged class representative (collectively, the "Tejera Claimants"). The filing of this Objection does not impair, and is without prejudice to, the Debtors' rights to further object to the Tejera Claims on any other grounds or to seek any further or additional relief available under the Bankruptcy Code or any other applicable law. In support thereof, the Debtors state as follows:

1. On May 14, 2019, AMERICA-CV STATION GROUP, INC., CARIBEVISION HOLDINGS, INC. and on May 28, 2019, AMERICA-CV NETWORK, LLC and CARIBEVISION TV NETWORK, LLC (respectively and collectively, the "Petition Date"), each filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since that time, the Debtors have operated as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Tejera Claims are each related to certain litigation filed by the Tejera Claimants, among others (collectively, the "Plaintiffs"), in 2009 against Lincoln Lending Services, LLC and Rita Gomez (collectively, the "Lincoln Defendants") (Case No. 09-76467, Miami-Dade Circuit Court) (the "Tejera Litigation"). In October 2013, the Plaintiffs filed a Fifth Amended Complaint naming Omar Romay and Debtor America-CV Network, LLC ("ACV Network") as defendants in the Tejera Litigation.

3. The crux of the Tejera Claimants' alleged claims against ACV Network is that ACV Network aired commercials for the Lincoln Defendants and their affiliates while the Lincoln Defendants may have been engaged in fraudulent activity.

4. After years of protracted litigation, on February 27, 2019, the Third District Court of Appeals (Appellate Case No. 3D16-2746) issued a ruling which, in pertinent part, reversed the Circuit Court and remanded the previously dismissed Count 21 (civil conspiracy to perpetrate fraud in the inducement) back to the Circuit Court for further proceedings.

5. Count 21 is the only count at issue against ACV Network. There are 13 additional Defendants named in Count 21.

6. First, there has been no class certification in the Tejera Litigation. As a result, in addition to the Debtors' objections on the merits, Claim 13 filed by Luis Tejera, as Class

3

Representative, should be stricken and disallowed in its entirety.

7. The remaining claims of the Tejera Claimants were filed on behalf of individuals.

8. The Debtors object to the Tejera Claims on the basis that they are excessive, unliquidated and not supported by any documents attached to the Tejera Claims. The Tejera Claimants have not established a prima facie case that ACV Network is liable to the Tejera Claimants. No Court in any jurisdiction has found otherwise.

9. Further, the alleged behavior that is the genesis for the Tejera Claims took place before ACV Network, in its current corporate iteration, even existed.

10. Further, to the extent the Tejera Claimants have an allowed claim against any of the Debtors, such claims may be covered by insurance and the Tejera Claimants should be limited to recovery therefrom.

11. As a result, the Tejera Claims should be stricken and disallowed in its entirety, or, in the alternative, the Tejera Claimants should be limited to recovery from the Debtors' insurance policy.

**WHEREFORE**, the Debtors respectfully request that this Court enter an Order: (i) sustaining this Objection, (ii) striking and disallowing each of the Tejera Claims in their entirety, or, in the alternative, limiting the Tejera Claimants to recovery from the Debtors' insurance policy; and (iii) granting such other and further relief as is proper.

Respectfully submitted on April 17, 2020.

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Attorneys for Debtors-in-Possession*
100 Southeast Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By:   /s/    *Heather L. Harmon*
          Paul J. Battista, Esq.
          Florida Bar No. 884162
          pbattista@gjb-law.com
          Heather L. Harmon
          Florida Bar No. 013192
          hharmon@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 17, 2020 via CM/ECF to all parties requesting electronic notice and via U.S. Mail to all parties listed below.

By:  /s/ Heather L. Harmon
          Heather L. Harmon, Esq.
          Florida Bar No. 013192

Carlos Reyes
c/o Ricardo Corona, Esq.
Corona Law Firm, PA
3899 NW 7th St, Ste 202-B
Miami FL 33126

Celia Amory
c/o Ricardo Corona, Esq.
Corona Law Firm, PA
3899 NW 7th St, Ste 202-B
Miami FL 33126

Guillermo Nardo
c/o Ricardo Corona, Esq.
Corona Law Firm, PA
3899 NW 7th St, Ste 202-B
Miami FL 33126

Elionic Rosell
c/o Ricardo Corona, Esq.
Corona Law Firm, PA
3899 NW 7th St, Ste 202-B
Miami FL 33126

Luis Tejera
c/o Ricardo Corona, Esq.
Corona Law Firm, PA
3899 NW 7th St, Ste 202-B
Miami FL 33126

Luis Tejera, as Class Representative
c/o Ricardo Corona, Esq.
Corona Law Firm, PA
3899 NW 7th St, Ste 202-B
Miami FL 33126

Mercedes Leon
c/o Ricardo Corona, Esq.
Corona Law Firm, PA
3899 NW 7th St, Ste 202-B
Miami FL 33126