

**ORDERED in the Southern District of Florida on May 28, 2020.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| AMERICA-CV STATION GROUP, INC. | Case No. 19-16355-AJC |
| CARIBEVISION HOLDINGS, INC. | Case No. 19-16359-AJC |
| AMERICA-CV NETWORK, LLC | Case No. 19-16976-AJC |
| CARIBEVISION TV NETWORK, LLC | Case No. 19-16977-AJC |
| | |
|       Debtors. | |
| _____/ | (Jointly Administered Under Case No. 19-16355-BKC-AJC) |

**AGREED ORDER GRANTING IN PART CREDITORS' MOTION FOR TEMPORARY**
**ALLOWANCE OF CLAIMS FOR VOTING PURPOSES PURSUANT TO**
**BANKRUPTCY RULE 3018**

**THIS MATTER** came on for consideration on the Motion for Temporary Allowance of

Claims for Voting Purposes Pursuant to Bankruptcy Rule 3018 filed by Creditors Carlos Reyes,

Cecilia Amory, Elionic Rosell, Guillermo Nardo, Luis Tejera and Mercedes Leon, individually,

and Luis Tejera, as Class Representative [ECF No. 219] (the "Motion"), and it appearing that the

relief requested is in the best interests of the Debtors' estates, their creditors and all other parties

in interest; noting the agreement of the parties, and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED,** as follows:

1.      The Motion is GRANTED IN PART as set forth herein.

2.      Pursuant to Bankruptcy Rule 3018, Luis Tejera, as Class Representative, shall be permitted to a temporary claim for voting purposes in the amount of $3,000,000.

3.      Nothing herein shall constitute an allowance of Claim Number 13 filed by Luis Tejera, as Class Representative or any claim filed by Carlos Reyes, Cecilia Amory, Elionic Rosell, Guillermo Nardo, Luis Tejera and Mercedes Leon, individually.

4.      Any ballot filed by Luis Tejera, as Class Representative, shall be deemed timely.

###

Submitted By:

Heather L. Harmon, Esq.
Genovese Joblove & Battista, P.A.
*Counsel for Debtors-in-Possession*
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: 305-349-2300
hharmon@gjb-law.com

Copies to:
Heather L. Harmon, Esq.
[Attorney Harmon is directed to serve a conformed copy of this order on all interested parties]

2