

**ORDERED in the Southern District of Florida on June 9, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| AMERICA-CV STATION GROUP, INC. | Case No. 19-16355-AJC |
| CARIBEVISION HOLDINGS, INC. | Case No. 19-16359-AJC |
| AMERICA-CV NETWORK, LLC | Case No. 19-16976-AJC |
| CARIBEVISION TV NETWORK, LLC | Case No. 19-16977-AJC |
| Debtors. | (Jointly Administered Under |
| _____/ | Case No. 19-16355-BKC-AJC) |

**AGREED ORDER RESOLVING DEBTORS' OMNIBUS OBJECTION
TO CLAIMS OF CARLOS REYES, CELIA AMORY, ELIONIC ROSELL,
GUILLERMO NARDO, LUIS TEJERA, AND MERCEDES LEON, INDIVIDUALLY,
AND LUIS TEJERA, AS CLASS REPRESENTATIVE**

THIS CAUSE having come before the Court upon the Debtors' Omnibus Objection to Claims of Carlos Reyes, Celia Amory, Elionic Rosell, Guillermo Nardo, Luis Tejera, and Mercedes Leon, Individually, and Luis Tejera, as Class Representative [ECF No. 161] (the "Objection") and the Claimants' Response to Debtors' Objection to Claim [ECF No. 229] (the "Response"), and this Court having considered the Objection and Response, and noting the agreement of the parties, it is

**ORDERED** that Debtors' objections to the Tejera Claims are resolved as set forth herein.

**ORDERED** that the Tejera Claimants are granted relief from the automatic stay to proceed with the Tejera Litigation (Case No. 09-76467, Miami-Dade Circuit Court).

**ORDERED** that the Tejera Claims are allowed in the amount that is determined in a final order in the Tejera Litigation, if any, or otherwise by agreement of the parties.

###

Submitted by:

Heather L. Harmon, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Debtors-in-Possession
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349 2300
Facsimile: (305) 349 2310
hharmon@gjb-law.com

Copies to:
Heather L. Harmon, Esq.
[Attorney Harmon shall forward a conformed copy of this Order to all interested parties.]