## Nora Blanco

| | |
|---|---|
| **From:** | No Reply USCOURTS <cmecfautosender@flsd.uscourts.gov> |
| **Sent:** | Wednesday, April 9, 2025 11:17 PM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-23011-RKA Vasallo TV Group, LLC et al v. America-CV Station Group, Inc. et al Order on Motion to Dismiss |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 4/9/2025 at 11:17 PM EDT and filed on 4/9/2025
**Case Name:**     Vasallo TV Group, LLC et al v. America-CV Station Group, Inc. et al
**Case Number:**   [1:24-cv-23011-RKA](1:24-cv-23011-RKA)
**Filer:**
**Document Number:** 44(No document attached)

**Docket Text:**
**PAPERLESS ORDER GRANTING the Appellants' [41] Unopposed Motion to Dismiss Appeal with Prejudice. The Appellees [43] report that they don't object to the dismissal of this appeal. We therefore grant the Motion and DISMISS this appeal with prejudice. The Clerk of Court is directed to CLOSE this case. All pending deadlines and hearings are TERMINATED and any pending motions are DENIED as moot. Signed by Judge Roy K. Altman on 4/9/2025. (es00)**

**1:24-cv-23011-RKA Notice has been electronically mailed to:**

Carlos E. Sardi     carlos@sardilaw.com, carlos@ecf.courtdrive.com

Mariaelena Gayo-Guitian     mguitian@venable.com, cascavone@venable.com, imalcolm@ecf.courtdrive.com, imalcolm@venable.com, jnunez@venable.com.com

Morgan Lowery Swing     mlswing@duanemorris.com, AutoDocketMIA@duanemorris.com, gagosto@duanemorris.com

Omar Ortega    oortega@dortaandortega.com, arojas@dortaandortega.com, dcruz@dortaandortega.com, kdorta@dortaandortega.com, rdorta@dortaandortega.com, rrodriguez@dortaandortega.com, tgonzalez@dortaandortega.com, vsantana@dortaandortega.com

Paul Joseph Battista    pjbattista@venable.com, cascavone@venable.com, hburke@venable.com, jnunez@venable.com

Phillip M. Hudson , III    pmhudson@duanemorris.com, autodocketMIA@duanemorris.com, gagosto@duanemorris.com, phillip-hudson-3544@ecf.pacerpro.com

Rosdaisy Rodriguez Arriaga    rrodriguez@dortaandortega.com

**1:24-cv-23011-RKA Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**